ACCEPTED
01-15-00032-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 6:02:15 PM
CHRISTOPHER PRINE
CLERK

**Nos. 01-15-00032-CR & 01-15-00033-CR**

**IN THE COURT OF APPEALS
FOR THE
FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/16/2015 6:02:15 PM

CHRISTOPHER A. PRINE
Clerk

**JOE EDDIE ALEJANDRO,** *Appellant*

**VS.**

**THE STATE OF TEXAS,** *Appellee*

**APPEAL FROM THE 410th DISTRICT COURT
OF MONTGOMERY COUNTY, TEXAS
THE HONORABLE JUDGE SUZANNE STOVALL S/A, PRESIDING**

TRIAL DOCKET NO. 12-05-05610-CR (Count II & III)

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:**

**NOW COMES JOE EDDIE ALEJANDRO**, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rules 10.5(b) & 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.	This case is on appeal from the 410th Judicial District Court of Montgomery County, Texas.

2.	The case below was styled the *STATE OF TEXAS vs. JOE EDDIE ALEJANDRO*, Cause No. 12-05-05610-CR (Count II-III).

3.	On November 6, 2014, Appellant was convicted of Aggravated Sexual Assault of a Child (Count II) and Indecency with child, sexual contact (count III).

4.      On November 6, 2014, Appellant was sentenced to confinement in the Texas Department of Criminal Justice, Institutional Division for 30 years (count II), 10 years (count III).

5.      Notice of appeal was timely filed November 10, 2014.

6.      The clerk's record was filed on December 18, 2014; the reporter's record was filed on March 16, 2015.

7.      On January 8, 2015, this cause was transferred to the First Court of Appeals from the Ninth Court of Appeals.

8.      The appellate brief is presently due on April 16, 2015.

9.      Appellant requests an extension of time of 60 days from the present date, i.e. June 16, 2015.

10.     There have been no previous extensions to file the brief filed in this cause.

11.     Defendant is currently incarcerated.

12.     Appellant relies on the following facts as good cause for the requested extension:

Due to unforeseen circumstances, counsel has relocated her family and law practice from Conroe, Montgomery County, Texas to El Paso, El Paso County, Texas. El Paso is almost 800 miles from Conroe.

Moreover, in the last 30 days, counsel was actively working on another appellate brief, *STATE OF TEXAS vs. GUADENCIO AGUILAR MEJIA* (09-14-00419-CR; 09-14-00420-CR; 09-14-00421-CR; 09-14-00422-CR), and counsel filed her appellate brief on April 10, 2015.

As a result, counsel has not had sufficient time to prepare an adequate Appellant's brief in this case.

13.     This extension is not sought for purpose of delay.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

**Respectfully submitted,**

/s/ Heather Hall
**HEATHER HALL**
State Bar Number: 24026287
*HEATHER HALL & ASSOCIATES*
308 N. Main
Conroe, Texas 77301
conroelaw@gmail.com
936-447-0371
936-647-2592 (Fax)
Attorney for *Joe Eddie Alejandro*

**CERTIFICATE OF COMPLIANCE**

This is to certify that this document complies with requirement of Tex. R. App. P. Rule 9.4(i)(1),(3). According to the computer program used to prepare the document, this document has the following number words: 393 including footnotes.

  /s/ Heather Hall
**HEATHER HALL**

## CERTIFICATE OF SERVICE

This is to certify that on April 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Montgomery County by electronic service.

/s/ Heather Hall
**HEATHER HALL**